■ Mary Ann Van Scooter, Individually and as Administratrix of the Estate of John Van Scooter, Deceased, Appellant, v 450 Trabold Road, Inc., Doing Business as Weckesser Brick Co., et al., Respondents. (Appeal No. 2.) [632 NYS2d 992] —Appeal unanimously dismissed without costs *(see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]).

(Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—New Trial.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.